Appellate Court at the October term, 1921. Reversed. Opinion filed February 16, 1923.

Koepke & Devine, for appellants. No appearance for appellees.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

**John Bagdonas et al., appellees, v. Liberty Land & Investment Company et al., appellants. Gen. No. 28,301.**

Action by stockholders for interlocutory order appointing receiver of a corporation *pendente lite* and without notice, directors being charged with misappropriation of assets, and conspiracy to file fictitious voluntary bankruptcy proceedings. Judgment for plaintiffs. Interlocutory appeal from the Circuit Court of Cook county; the Hon. G. Fred Rush, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Reversed. Opinion filed February 16, 1923.

Moses, Rosenthal & Kennedy, for appellants; Hirsch E. Soble, of counsel. Harold O. Mulks, for appellees.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

**P. W. Debs, formerly trading as Carload Feed & Grain Exchange, appellee, v. C. W. Svendsen, trading as Mid-West Oil & Supply Company, appellant. Gen. No. 27,419.**

Action on statement of claim. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry M. Fisher, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed February 16, 1923.

Richard H. Peterson, for appellant. No appearance for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Robert Bruton, appellee, v. Mandel Brothers, appellant. Gen. No. 27,425.**

Action for damages for personal injuries by being run over by electric truck. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Donald L. Morrill, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed on remittitur; otherwise reversed and remanded. Opinion filed February 16, 1923.

Albert S. Louer and Mergentheim, Altheimer & Mayer, for appellant; A. B. Manion, of counsel. Macomic & Repetto, for appellee; John F. Voigt, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Julius C. Triebes, appellant, v. Charles E. Frazier et al., civil service commissioners of Chicago, and Thomas O'Connor, chief of fire department, appellees. Gen. No. 27,486.**

Suit for mandamus against civil service commissioners and fire chief to have plaintiff appointed to a lieutenancy in the fire department of the City of Chicago. Judgment for defendants. Appeal from the Circuit Court of Cook county; the Hon. Donald L. Morrill, Judge, presiding. Heard in the Branch Appellate Court at the April term, 1921. Reversed and remanded with directions. Opinion filed February 16, 1923.

P. J. O'Keeffe, for appellant. Samuel A. Ettelson, for appellees; William W. Smith and Hervey C. Foster, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.